UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KIMBERLY SANCHEZ, <br><br> Plaintiff, <br><br> v. <br><br> OPORTUN, INC. <br><br> Defendant. | Case No. 5:17-cv-01287-DAE <br><br> Honorable David A. Erza |

# NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that KIMBERLY SANCHEZ ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 26th day of March, 2018.

    Respectfully submitted,

    s/ Nathan C. Volheim
    Nathan C. Volheim, Esq. #6302103
    Sulaiman Law Group, Ltd.
    2500 South Highland Avenue,
    Suite 200
    Lombard, IL 60148
    (630) 568-3056
    nvolheim@sulaimanlaw.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____<br>
Nathan C. Volheim