UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KIMBERLY SANCHEZ,<br><br>　　　　Plaintiff,<br>v.<br><br>OPORTUN, INC.,<br><br>　　　　Defendant. | Case No.  5:17-cv-01287-DAE<br><br>Honorable Judge David A. Erza |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, KIMBERLY SANCHEZ, and the Defendant, OPORTUN, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against OPORTUN, INC., pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 4, 2018　　　　　　　　　　　　　　　　　　Respectfully Submitted,

**KIMBERLY SANCHEZ**　　　　　　　　　　　　　　　　**OPORTUN, INC**

/s/ Nathan C. Volheim　　　　　　　　　　　　　　　　/s/ Andrew Phillip del Junco
Nathan C. Volheim　　　　　　　　　　　　　　　　　　Andrew Phillip del Junco
*Counsel for Plaintiff*　　　　　　　　　　　　　　　　　*Counsel for Defendant*
Sulaiman Law Group, LTD　　　　　　　　　　　　　　Seyfarth Shaw
2500 S. Highland Avenue, Suite 200　　　　　　　　　　700 Milam Street, Suite 1400
Lombard, Illinois 60148　　　　　　　　　　　　　　　 Houston, TX 77002
Phone: (630) 575-8181　　　　　　　　　　　　　　　　Phone: (713) 225-2300
Fax: (630) 575-8188　　　　　　　　　　　　　　　　　Fax: (713) 225-2340
nvolheim@sulaimanlaw.com　　　　　　　　　　　　　adeljunco@seyfarth.com

## **CERTIFICATE OF SERVICE**

      I hereby certify I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                s/ Nathan C. Volheim_____  
                                                Nathan C. Volheim